**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

QUANTUM COMMUNICATIONS CORPORATION, :
QUANTUM OF AUBURN, LLC, :
And QUANTUM ACQUISITION, LLC, :
: CIVIL ACTION NO.
          Plaintiffs, :
:
V. :
: **304CV0815 CFD**
JOHN F. KENNEDY, :
: FEBRUARY 24, 2004
          Defendant. :

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1441, *et seq*, defendant John F. Kennedy, by his attorneys, Martin, Lucas & Chioffi, LLP, hereby removes this action to the United States District Court for the District of Connecticut upon the following grounds:

    1.    Defendant Kennedy is named in a civil action brought against him in the Superior Court, Judicial District of Norwalk/Stamford at Stamford, entitled <u>Quantum Communications Corporation, Quantum of Auburn, LLC, and Quantum Acquisition, LLC v. John F. Kennedy</u>, Docket No. CV-04-0198939-S (the "Removed Action"). A copy of the Summons and Complaint delivered to defendant Kennedy in the Removed Action is annexed hereto.

    2.    This Court has original jurisdiction over the Removed Action pursuant to 28 U.S.C. §1332(a)(1), and the Removed Action is one which may be removed to this Court pursuant to 28 U.S.C. §1441(a) on the grounds that the amount in controversy in this action exceeds $75,000, exclusive of interest and costs, and is between citizens of different states, with plaintiffs being organized under the laws of the State of Delaware with their principal places of

business in Stamford, Connecticut, and defendant Kennedy being a citizen of the State of Alabama.

3.  A Summons and Complaint was received by defendant Kennedy by service on February 10, 2004. This Notice is timely filed pursuant to 28 U.S.C. §1446(b), as within 30 days after receipt by the defendant.

WHEREFORE, defendant Kennedy hereby removes this action to this Court.

By _____
Scott R. Lucas, Esq. (ct00517)
Michel Bayonne (ct24628)
*Attorneys for defendant*
*John F. Kennedy*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mbayonne@mlc-law.com

## CERTIFICATE OF SERVICE

       This is to certify that on this 24th day February 2004, a copy of the foregoing was faxed and then mailed, first class, postage prepaid, to:

Richard E. Castiglioni, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901
Phone: (203) 358-0800
Fax: (203) 348-2321
rcastiglioni@dmoc.com

*Counsel for All Plaintiffs:*
*Quantum Communications Corporation*
*Quantum of Auburn, LLC*
*Quantum Acquisition, LLC*

                                                Scott R. Lucas

# SUMMONS - CIVIL
(Except Family Actions)
JD-CV-1 Rev. 1-2000
C.G.S. § 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs 3-1 thru 3-21, 8-1

## STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.state.ct.us

"X" ONE OF THE FOLLOWING:
Amount, legal interest or property in demand, exclusive of interest and costs is:
☐ less than $2,500
☐ $2,500 through $14,999.99
☒ $15,000 or more
("X" if applicable)
☐ Claiming other relief in addition to or in lieu of money or damages.

### INSTRUCTIONS
1. Type or print legibly; sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for actions in which an attachment, garnishment or replevin is being sought. See Practice Book Section 8-1 for other exceptions.
6. The party recognized to pay costs must appear personally before the authority taking the recognizance.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

RETURN DATE (Mo., day, yr.) (Must be a Tuesday) 2/17/04

☒ JUDICIAL DISTRICT    ☐ HOUSING SESSION    ☐ G.A. NO. ___    AT (Town in which writ is returnable) (C.G.S. 51-346, 51-349) Stamford

CASE TYPE (See JD-CV-1c) Major C Minor 90

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code) (C.G.S. 51-346, 51-350)
123 Hoyt Street, Stamford, CT 06905

TELEPHONE NO. (w/area code) 965-5308

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town and zip code) | NOTE: Individuals' Names: Last, First, Middle Initial ☒ Form JD-CV-2 attached | PTY NO. |
|---|---|---|---|
| FIRST NAMED PLAINTIFF | Quantum Communications Corporation, Three Stamford Landing, 46 Southfield Rd., Stamford, CT 06902 | | 01 |
| Additional Plaintiff | Quantum of Auburn, LLC c/o Three Stamford Landing, 46 Southfield Rd., Stamford, CT 06902 | | 02 |
| FIRST NAMED DEFENDANT | Kennedy, John F., 1402 Covington Avenue, Opelika, Alabama 36801 via CT Secretary of State, 30 Trinity Street, Hartford, CT (pursuant to C.G.S Section 52-59b(c)) | | 50 |
| Additional Defendant | | | 51 |
| Additional Defendant | | | 52 |
| Additional Defendant | | | 53 |

## NOTICE TO EACH DEFENDANT
1. YOU ARE BEING SUED.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. **The Clerk of Court is not permitted to give advice on legal questions.**

| DATE 1/21/04 | SIGNED (Sign and "X" proper box) | ☒ Comm. of Superior Court ☐ Assistant Clerk | TYPE IN NAME OF PERSON SIGNING AT LEFT Richard E. Castiglioni |
|---|---|---|---|

FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:

| NAME AND ADDRESS OF ATTORNEY/LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code) Diserio Martin, et al., 1 Atlantic St., Stamford, CT 06901 | TELEPHONE NUMBER 203-358-0800 | JURIS NO. (If atty. or law firm) 102036 |
|---|---|---|

NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No., street, town and zip code)
Peggy A. Chiavon, 1 Atlantic Street, Stamford, CT 06901

SIGNATURE OF PLAINTIFF IF PRO SE

| # PLFS. 3 | # DEFS. 1 | # CNTS. 5 | SIGNED (Official taking recognizance, "X" proper box) | ☒ Comm. of Superior Court ☐ Assistant Clerk | For Court Use Only FILE DATE |
|---|---|---|---|---|---|

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

| I hereby certify I have read and understand the above: | SIGNED (Pro Se Plaintiff) | DATE SIGNED | DOCKET NO. |
|---|---|---|---|

**CIVIL SUMMONS
CONTINUATION OF PARTIES**

JD-CV-2 EL Rev. 8-94

STATE OF CONNECTICUT
SUPERIOR COURT

FIRST NAMED PLAINTIFF (Last, First, Middle Initial)
Quantum Communications Corporation, et al.

FIRST NAMED DEFENDANT (Last, First, Middle Initial)
John F. Kennedy

### ADDITIONAL PLAINTIFFS

| NAME (Last, First, Middle Initial, if individual) | ADDRESS (No., Street, Town and ZIP Code) | CODE |
|---|---|---|
| Quantum Acquisition, LLC c/o Three Stamford Landing, 46 Southfield Rd., Stamford, CT | | 03 |
| | | 04 |
| | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |
| | | 12 |
| | | 13 |

### ADDITIONAL DEFENDANTS

| NAME (Last, First, Middle Initial, if individual) | ADDRESS (No., Street, Town and ZIP Code) | CODE |
|---|---|---|
| | | 54 |
| | | 55 |
| | | 56 |
| | | 57 |
| | | 58 |
| | | 59 |
| | | 60 |

| | | FOR COURT USE ONLY - FILE DATE |
|---|---|---|
| | 61 | |
| | 62 | |
| | 63 | DOCKET NO. |

CIVIL SUMMONS-Continuation