CLOSED, REFMC, TPS

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:04-cv-00315-CFD
### Internal Use Only

Quantum Communications Corp et al v. Kennedy  
Assigned to: Judge Christopher F. Droney  
Referred to: Judge Thomas P. Smith (Settlement)  
Cause: 28:1332 Diversity-Fraud

Date Filed: 02/25/2004  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**Quantum Communications Corp**　　represented by　**Richard E. Castiglioni**  
Diserio, Martin, O'Connor & Castiglioni  
One Atlantic St.  
Suite 500  
Stamford, CT 06901  
203-358-0800  
Email: rcastiglioni@dmoc.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Scott M. Harrington**  
Diserio, Martin, O'Connor & Castiglioni  
One Atlantic St.  
Suite 500  
Stamford, CT 06901  
203-358-0800  
Email: sharrington@dmoc.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Quantum of Auburn LLC**　　represented by　**Richard E. Castiglioni**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Scott M. Harrington**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Quantum Acquisition LLC** | represented by | **Richard E. Castiglioni** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Scott M. Harrington** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **John F. Kennedy** | represented by | **Claire E. Ryan** <br> Martin, Lucas & Chioffi <br> 177 Broad Street <br> Stamford, CT 06901 <br> 203-973-5200 <br> Fax: 203-973-5250 <br> Email: cryan@mlc-law.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Michel Bayonne** <br> Dreier LLP - Stmfd <br> One Landmark Sq., 20th Fl. <br> Stamford, CT 06902 <br> US <br> 203-425-9500 <br> Fax: 203-425-9595 <br> Email: mbayonne@dreierllp.com <br> *TERMINATED: 04/29/2005* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Scott R. Lucas** <br> Martin, Lucas & Chioffi <br> 177 Broad Street <br> Stamford, CT 06901 <br> 203-973-5200 <br> Fax: (203) 973-5250 <br> Email: slucas@mlc-law.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2004 | 1 | NOTICE OF REMOVAL from Superior Court Stamford, case number CV-04-0198939-S. Filing fee $ 150 receipt number B007748, filed by John F Kennedy. (Attachments: # 1 Part 1# 2 Part 2# 3 Certificate of Service)(Simpson, T.) (Entered: 03/01/2004) |
| 02/25/2004 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 5/25/04. Amended Pleadings due by 4/25/2004. Discovery due by 8/26/2004. Dispositive Motions due by 9/25/2004.. Signed by Clerk on 2/25/04. (Simpson, T.) (Entered: 03/01/2004) |
| 02/25/2004 | 3 | NOTICE of Appearance by Scott R. Lucas on behalf of John F Kennedy (Simpson, T.) (Entered: 03/01/2004) |
| 02/25/2004 | 4 | NOTICE of Appearance by Michel Bayonne on behalf of John F Kennedy (Simpson, T.) (Entered: 03/01/2004) |
| 02/25/2004 | 5 | NOTICE of NO PENDING MOTIONS by John F Kennedy (Simpson, T.) (Entered: 03/01/2004) |
| 02/25/2004 | 6 | STATEMENT PURSUANT TO STANDING ORDER by John F Kennedy (Simpson, T.) (Entered: 03/01/2004) |
| 03/01/2004 | 7 | MOTION for Extension of Time until 4/1/04 to respond to complaint by John F Kennedy. (Bauer, J.) (Entered: 03/01/2004) |
| 03/02/2004 | 8 | ORDER Ordered Accordingly 7 Motion for Extension of Time . Signed by Clerk on 3/2/04. (Basile, F.) (Entered: 03/02/2004) |
| 03/08/2004 | 9 | NOTICE of Appearance by Richard E. Castiglioni on behalf of Quantum Acquisition LLC, Quantum Communications Corp, Quantum of Auburn LLC (Basile, F.) (Entered: 03/08/2004) |
| 03/30/2004 | 10 | MOTION for More Definite Statement by John F Kennedy.Responses due by 4/20/2004 (Basile, F.) (Entered: 03/30/2004) |
| 03/30/2004 | 11 | Memorandum in Support re 10 MOTION for More Definite Statement filed by John F Kennedy. (Attachments: # 1 Exhibit exhibit A# 2 Exhibit B# 3 Exhibit C)(Basile, F.) (Entered: 03/30/2004) |
| 04/21/2004 | 12 | NOTICE of Appearance by Scott M. Harrington on behalf of Quantum Acquisition LLC, Quantum Communications Corp, Quantum of Auburn LLC (Basile, F.) (Entered: 04/22/2004) |
| 04/21/2004 | 13 | Memorandum in Opposition re 10 MOTION for More Definite Statement filed by Quantum Acquisition LLC, Quantum Communications Corp, Quantum of Auburn LLC. (Attachments: # 1 exhibit 1# 2 exhibit 2# 3 exhibit 3)(Basile, F.) (Entered: 04/22/2004) |
| 05/03/2004 | 14 | REPLY to Response to 10 MOTION for More Definite Statement filed by John F Kennedy. (Bauer, J.) (Entered: 05/03/2004) |

| | | |
|---|---|---|
| 06/16/2004 | 15 | REPORT of Rule 26(f) Planning Meeting. (Basile, F.) (Entered: 06/16/2004) |
| 07/02/2004 | 16 | ORDER, approving 15 Report of Parties' Planning Meeting. Signed by Judge Christopher F. Droney on 7/2/04. (Newcomb, P.) (Entered: 07/02/2004) |
| 07/02/2004 | | Set Deadlines/Hearings: Discovery due by 1/31/2005. Dispositive Motions due by 3/2/2005. Trial Brief due by 5/16/2005. Trial Ready Date 6/15/2005. (Johnson, D.) (Entered: 07/12/2004) |
| 07/08/2004 | 17 | ORDER - Approved. SO ORDERED re 15 Report of Parties' Planning Meeting. Signed by Judge Christopher F. Droney on 7/8/04. (Newcomb, P.) (Entered: 07/08/2004) |
| 08/06/2004 | 18 | ORDER denying 10 Motion for More Definite Statement. Signed by Judge Christopher F. Droney on 8/5/04. (Bauer, J.) (Entered: 08/10/2004) |
| 08/20/2004 | 19 | MOTION for Extension of Time to 09/04/04 to respond to the Complaint within the 1 Notice of Removal by John F. Kennedy. (Grady, B.) (Entered: 08/20/2004) |
| 08/20/2004 | 20 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. ORDER: Ordered Accordingly 19 Motion for Extension of Time to 09/04/04 to respond to the Complaint. Signed by Clerk on 08/20/04. (Grady, B.) (Entered: 08/20/2004) |
| 08/20/2004 | | Answer updated for John F. Kennedy to 9/4/2004. (Grady, B.) (Entered: 08/20/2004) |
| 09/07/2004 | 21 | NOTICE of Appearance by Claire E. Ryan on behalf of John F. Kennedy (Bauer, J.) (Entered: 09/07/2004) |
| 09/07/2004 | 22 | MOTION to Dismiss count 2 by John F. Kennedy. Responses due by 9/28/2004 (Bauer, J.) (Entered: 09/07/2004) |
| 09/07/2004 | 23 | Memorandum in Support re 22 MOTION to Dismiss filed by John F. Kennedy. (Exhibits filed in paper form) (Bauer, J.) (Entered: 09/07/2004) |
| 09/28/2004 | 24 | Memorandum in Opposition re 22 MOTION to Dismiss filed by Quantum Acquisition LLC, Quantum Communications Corp, Quantum of Auburn LLC. (Bauer, J.) (Entered: 09/28/2004) |
| 10/12/2004 | 25 | MOTION for Extension of Time until 10/19/04 to File Response as to 22 MOTION to Dismiss by John F. Kennedy. (Basile, F.) (Entered: 10/13/2004) |
| 10/19/2004 | 26 | REPLY to Response to 22 MOTION to Dismiss filed by John F. Kennedy. (Attachments: # 1 Exhibit B# 2 Exhibit C)(Bauer, J.) (Entered: 10/19/2004) |
| 10/19/2004 | 27 | MOTION for Leave to File Exhibit A to doc 26 under seal by John F. Kennedy. (Bauer, J.) (Entered: 10/19/2004) |

| | | |
|---|---|---|
| 10/25/2004 | 28 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER GRANTING, ABSENT OBJECTION, 25 Motion for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss. Responses due by 10/19/2004. Signed by Judge Christopher F. Droney on 10/25/04. (Newcomb, P.) (Entered: 10/25/2004) |
| 10/25/2004 | | Set/Reset Deadlines as to 22 MOTION to Dismiss. Responses due by 10/19/2004 (Johnson, D.) (Entered: 10/28/2004) |
| 10/28/2004 | 29 | MOTION for Extension of Time until 3/31/05 for discovery & 5/2/05 for dispositive motions by Quantum Acquisition LLC, Quantum Communications Corp, Quantum of Auburn LLC. (Bauer, J.) (Entered: 10/28/2004) |
| 11/08/2004 | 30 | ORDER REFERRING CASE to Magistrate Judge Thomas P. Smith for Scheduling. Signed by Judge Christopher F. Droney on 11/5/04. (Basile, F.) (Entered: 11/09/2004) |
| 11/12/2004 | 31 | ORDER granting 27 Motion to seal exhibit A. Signed by Judge Christopher F. Droney on 11/9/04. (Basile, F.) (Entered: 11/12/2004) |
| 11/17/2004 | 32 | Sealed Document by John F. Kennedy. (Basile, F.) (Entered: 11/18/2004) |
| 12/15/2004 | 33 | ORDER granting 29 unopposed Motion for Extension of Time until 3/31/05 for discovery & 5/2/05 for dispositive motions. Signed by Judge Thomas P. Smith on December 15, 2004. (Fritz, J.) (Entered: 12/15/2004) |
| 04/12/2005 | 34 | MOTION for MICHEL BAYONNE to Withdraw as Attorney by John F. Kennedy. (Basile, F.) (Entered: 04/12/2005) |
| 04/29/2005 | 35 | NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER granting, absent objection, 34 Motion to Withdraw as Attorney. Attorney Michel Bayonne terminated. Signed by Judge Christopher F. Droney on 4/29/05. (Newcomb, P.) (Entered: 04/29/2005) |
| 06/30/2005 | 36 | MOTION for Extension of Time until 8/1/05 to respond to discovery by John F. Kennedy. (D'Onofrio, B.) (Entered: 06/30/2005) |
| 07/12/2005 | 37 | NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER granting 36 Motion by John Kennedy for Extension of Time until 8/1/05 to respond to discovery. Signed by Judge Christopher F. Droney on 7/12/05. (Newcomb, P.) (Entered: 07/12/2005) |
| 07/12/2005 | | Set Deadlines: Discovery due by 8/1/2005. (D'Onofrio, B.) (Entered: 07/13/2005) |
| 07/20/2005 | 38 | MOTION to Change Venue to USDC-Middle Alabama by John F. Kennedy. (Bauer, J.) (Entered: 07/21/2005) |

| | | |
|---|---|---|
| 07/20/2005 | 39 | Memorandum in Support re 38 MOTION to Change Venue filed by John F. Kennedy. (Attachments: # 1 Exhibits A - E# 2 Exhibits F - H# 3 Exhibits I - L)(Bauer, J.) (Entered: 07/21/2005) |
| 08/02/2005 | 40 | MOTION for Extension of Time until August 20, 2005 to respond to 38 MOTION to Change Venue by Quantum Communications Corp, Quantum of Auburn LLC, Quantum Acquisition LLC. (Harrington, Scott) (Entered: 08/02/2005) |
| 08/02/2005 | 41 | MOTION for Extension of Time until 20 days after ruling on motion to transfer to respond to discovery requests by John F. Kennedy. (Bauer, J.) (Entered: 08/02/2005) |
| 08/05/2005 | 42 | NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER granting 40 Motion for Extension of Time until 8/20/05 to respond to Motion to Change Venue; granting, absent objection, 41 Motion for Extension of Time until 20 days after ruling on motion to transfer, to respond to discovery requests. Signed by Judge Christopher F. Droney on 8/5/05. (Newcomb, P.) (Entered: 08/05/2005) |
| 08/05/2005 | 43 | Set/Reset Deadlines as to 38 MOTION to Change Venue. Responses due by 8/20/2005 (Bauer, J.) (Entered: 08/08/2005) |
| 08/18/2005 | 44 | Memorandum in Opposition re 38 MOTION to Change Venue filed by Quantum Communications Corp, Quantum of Auburn LLC, Quantum Acquisition LLC. (Attachments: # 1 Memo part 2# 2 Exhibit B) Exhibit A filed in paper form(Bauer, J.) (Entered: 08/18/2005) |
| 08/18/2005 | 45 | AFFIDAVIT re 38 MOTION to Change Venue Signed By Michael Mangan filed by Quantum Communications Corp, Quantum of Auburn LLC, Quantum Acquisition LLC. (Bauer, J.) (Entered: 08/18/2005) |
| 09/01/2005 | 46 | REPLY to Response to 38 MOTION to Change Venue filed by John F. Kennedy. (Bauer, J.) (Entered: 09/02/2005) |
| 09/15/2005 | 47 | ORDER denying 22 Motion to Dismiss . Signed by Judge Christopher F. Droney on 9/15/05. (Droney, Christopher) (Entered: 09/15/2005) |
| 09/16/2005 | 48 | Sur-REPLY to Response to 38 MOTION to Change Venue filed by Quantum Communications Corp, Quantum of Auburn LLC, Quantum Acquisition LLC. (Bauer, J.) (Entered: 09/16/2005) |
| 09/16/2005 | 49 | AFFIDAVIT re 38 MOTION to Change Venue Signed By Michael Mangan filed by Quantum Communications Corp, Quantum of Auburn LLC, Quantum Acquisition LLC. (Bauer, J.) (Entered: 09/16/2005) |
| 10/03/2005 | 50 | MOTION for Extension of Time until 10/20/05 to respond to complaint contained within 1 Notice of Removal by John F. Kennedy. (Bauer, J.) (Entered: 10/03/2005) |

| 10/05/2005 | 51 | OBJECTION to 50 MOTION for Extension of Time until 10/20/05 to respond to complaint contained within 1 Notice of Removal filed by Quantum Communications Corp, Quantum of Auburn LLC, Quantum Acquisition LLC. (D'Onofrio, B.) (Entered: 10/05/2005) |
|---|---|---|
| 10/20/2005 | 52 | ANSWER & Affirmative defenses to Complaint (Notice of Removal) by John F. Kennedy.(Bauer, J.) (Entered: 10/20/2005) |
| 11/07/2005 | 53 | NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER granting 50 Motion for Extension of Time until 10/20/05 to respond to Complaint. Signed by Judge Christopher F. Droney on 11/7/05. (Newcomb, P.) (Entered: 11/07/2005) |
| 02/01/2006 | 54 | MOTION for Extension of Time of various scheduling order dates by Quantum Communications Corp, Quantum of Auburn LLC, Quantum Acquisition LLC. (Bauer, J.) (Entered: 02/02/2006) |
| 02/06/2006 | 55 | NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER granting, absent objection, 54 Motion for Extension of Time for all remaining Rule 26(f) deadlines. Signed by Judge Christopher F. Droney on 2/6/06. (Newcomb, P.) (Entered: 02/06/2006) |
| 02/16/2006 | 56 | ELECTRONIC NOTICE RE: ELECTRONIC FILING OF CASE. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. EFILE Order attached. Signed by Judge Christopher F. Droney on 2/16/06. (Attachments: # 1 EFILE Order)(Bauer, J.) (Entered: 02/16/2006) |
| 03/30/2006 | 57 | ORDER granting 38 Motion to Change Venue to USDC Alabama-Middle (Eastern Div). Signed by Judge Christopher F. Droney on 3/30/06. (Bauer, J.) (Entered: 03/31/2006) |
| 03/30/2006 | | ***Civil Case Terminated. (Bauer, J.) (Entered: 03/31/2006) |
| 04/17/2006 | | Case transferred to the Middle District of Alabama, Eastern Division. Original file, certified copies of docket sheet and Order of Transfer sent. (Bauer, J.) (Entered: 04/17/2006) |

I h[...]
is [...]
or [...]                4/17/06

By ___[signature]___