# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

QUANTUM COMMUNICATIONS CORPORATION,
ET AL.,

    Plaintiffs,

V.

JOHN F. KENNEDY,

    Defendant.

**APPEARANCE**

CASE NUMBER:

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for: defendant John F. Kennedy.

Date: 2/24/04

ct00517
**Connecticut Federal Bar Number**

(203) 973-5200
**Telephone Number**

(203) 973-5250
**Fax Number**

slucas@mlc-law.com
**E-mail address**

Signature

Scott R. Lucas
**Print Clearly or Type Name**
Martin, Lucas & Chioffi, LLP
177 Broad Street
**Address**

Stamford, CT 06901

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Counsel for plaintiffs: Richard E. Castiglioni, Esq.
         Diserio Martin O'Connor & Castiglioni LLP
         One Atlantic Street
         Stamford, CT 06901

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001