## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| QUANTUM COMMUNICATIONS CORPORATION, ET AL., | **APPEARANCE** |
| Plaintiffs, | |
| V. | |
| JOHN F. KENNEDY, | CASE NUMBER: |
| Defendant. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   defendant John F. Kennedy.

_2/24/04_
Date

ct24628
Connecticut Federal Bar Number

(203) 973-5200
Telephone Number

(203) 973-5250
Fax Number

mbayonne@mlc-law.com
E-mail address

Signature
Michel Bayonne
Print Clearly or Type Name
Martin, Lucas & Chioffi, LLP
177 Broad Street
Address

Stamford, CT 06901

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was /fax and then mailed on this date to the following:

Counsel for plaintiffs:   Richard E. Castiglioni, Esq.
                          Diserio Martin O'Connor & Castiglioni LLP
                          One Atlantic Street
                          Stamford, CT 06901

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001