UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QUANTUM COMMUNICATIONS CORPORATION, : | |
| QUANTUM OF AUBURN, LLC, : | |
| And QUANTUM ACQUISITION, LLC, : | |
| : | CIVIL ACTION NO. |
| Plaintiffs, : | |
| : | |
| V. : | |
| : | |
| JOHN F. KENNEDY, : | |
| : | FEBRUARY 24, 2004 |
| Defendant. : | |

## NOTICE OF PENDING MOTIONS

The undersigned hereby certifies that there are no pending motions requiring action by this Court.

By _____
Scott R. Lucas, Esq. (ct00517)
Michel Bayonne (ct24628)
*Attorneys for defendant*
*John F. Kennedy*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mbayonne@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day February 2004, a copy of the foregoing was faxed and then mailed, first class, postage prepaid, to:

Richard E. Castiglioni, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901
Phone: (203) 358-0800
Fax: (203) 348-2321
rcastiglioni@dmoc.com

*Counsel for All Plaintiffs:*
*Quantum Communications Corporation*
*Quantum of Auburn, LLC*
*Quantum Acquisition, LLC*

                                                        _____
                                                        Scott R. Lucas