UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

QUANTUM COMMUNICATIONS CORPORATION, :
QUANTUM OF AUBURN, LLC, :
And QUANTUM ACQUISITION, LLC, :
: CIVIL ACTION NO.
Plaintiffs, :
:
V. :
:
JOHN F. KENNEDY, :
: FEBRUARY 24, 2004
Defendant. :

DEFENDANT'S STATEMENT PURSUANT
TO THE STANDING ORDER IN REMOVED CASES

1. The state court Summons and Complaint were received by defendant by service on February 10, 2004.

2. All plaintiffs are organized under the laws of the State of Delaware with their principal place of business in Stamford, Connecticut. Defendant is a citizen of the State of Alabama.

3. The Notice of Removal was timely filed pursuant to 28 U.S.C. §1446(b), as within 30 days after receipt of the Summons and Complaint by the defendant.

By _____
Scott R. Lucas, Esq. (ct00517)
Michel Bayonne (ct24628)
*Attorneys for defendant*
*John F. Kennedy*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mbayonne@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day February 2004, a copy of the foregoing was faxed and then mailed, first class, postage prepaid, to:

Richard E. Castiglioni, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901
Phone: (203) 358-0800
Fax: (203) 348-2321
rcastiglioni@dmoc.com

*Counsel for All Plaintiffs:*
*Quantum Communications Corporation*
*Quantum of Auburn, LLC*
*Quantum Acquisition, LLC*

_____
Scott R. Lucas