UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QUANTUM COMMUNICATIONS CORPORATION,<br>QUANTUM OF AUBURN, LLC,<br>And QUANTUM ACQUISITION, LLC, | CIVIL ACTION NO.<br>3:04 CV 0315 (CFD) |
| Plaintiffs, | |
| V. | |
| JOHN F. KENNEDY, | FEBRUARY 27, 2004 |
| Defendant. | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Local Rule 9(b), defendant John F. Kennedy hereby requests a 30-day extension of time, from March 2, 2004 to April 1, 2004, in which to answer or otherwise respond to plaintiffs' Complaint in this action.

In support of this Motion, the undersigned states that he was just recently retained by defendant in this matter and thus requires additional time in which to review the file and confer with his client regarding the allegations of the Complaint.

The undersigned attempted to contact Richard Castiglioni, Esq., counsel for plaintiffs, to determine his position on the granting of this Motion, but was unsuccessful.

This is defendant's first request for an extension with respect to this time limitation.

By _____
Scott R. Lucas, Esq. (ct00517)
Michel Bayonne (ct24628)
*Attorneys for defendant*
*John F. Kennedy*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mbayonne@mlc-law.com

## CERTIFICATE OF SERVICE

   This is to certify that on this 27th day February 2004, a copy of the foregoing was faxed and then mailed, first class, postage prepaid, to:

Richard E. Castiglioni, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901
Phone: (203) 358-0800
Fax: (203) 348-2321
rcastiglioni@dmoc.com


                    _____
                    Scott R. Lucas