UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

QUANTUM

V.                                              Case Number: 3:04CV315(CFD)

KENNEDY

**Motion for Extension**

Doc. # **7**

**ORDERED ACCORDINGLY**

Dated at Hartford, Connecticut, March 2, 2004.

KEVIN F. ROWE, CLERK

By: _____
    FIDELIS BASILE
    Deputy Clerk