| | | |
|---|---|---|
| QUANTUM COMMUNICATIONS CORPORATION, QUANTUM OF AUBURN, LLC, and QUANTUM ACQUISITION, LLC | ) ) ) ) ) | CIVIL ACTION NO. 3:04 CV 0315 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| JOHN F. KENNEDY, | ) ) | |
| Defendant. | ) | MARCH 1, 2004 |

## NOTICE OF APPEARANCE

**TO CLERK:**

**PLEASE ENTER MY APPEARANCE** in the above-entitled action as counsel for the Plaintiffs, QUANTUM COMMUNICATIONS CORPORATION, QUANTUM OF AUBURN, LLC and QUANTUM ACQUISITION, LLC.

Dated at Stamford, Connecticut, this 1st day of March, 2004.

THE PLAINTIFFS,
QUANTUM COMMUNICATIONS
CORPORATION, QUANTUM OF
AUBURN, LLC and QUANTUM
ACQUISITION, LLC

BY: _____
Richard E. Castiglioni/ct07280
DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
One Atlantic Street
Stamford, CT 06901
(203) 358-0800

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing has been mailed, postage prepaid, to the following counsel and parties of record:

Scott R. Lucas, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901

Dated: March 5, 2004
       Stamford, CT

Richard E. Castiglioni/ct07281