UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QUANTUM COMMUNICATIONS CORPORATION, : | |
| QUANTUM OF AUBURN, LLC, : | CIVIL ACTION NO. |
| And QUANTUM ACQUISITION, LLC, : | 3:04 CV 0315 (CFD) |
| : | |
| Plaintiffs, : | |
| : | |
| V. : | |
| : | |
| JOHN F. KENNEDY, : | |
| : | MARCH 29, 2004 |
| Defendant. : | |

**DEFENDANT JOHN F. KENNEDY'S
MOTION FOR MORE DEFINITE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 12(e), defendant John F. Kennedy ("JFK") respectfully moves this Court for an order requiring plaintiffs to provide a more definite statement of their Complaint filed January 28, 2004.

Plaintiffs commenced this action on January 28, 2004 by filing a five count complaint against JFK and returning it to the Superior Court of Stamford, Connecticut. Defendant removed the action to this Court on February 25, 2004. Plaintiffs' Complaint apparently seeks damages and other relief in connection with two agreements: (1) a January 2003 employment agreement between one or more plaintiffs and defendant (the "Employment Agreement"); and (2) a late 2003 settlement agreement between one or more plaintiffs and defendant ("Settlement Agreement"), as well as tort claims arising out of two agreements between one or more plaintiffs and other individuals not named as defendants. Plaintiffs assert the following claims: Intentional Interference with Business and Contractual Relations (Count 1), Fraud in the Inducement (Count 2), Breach of Contract-Settlement Agreement (Count Three), Breach of Contract- Employment

Agreement (Count 4), and Declaratory Judgment and Preliminary Injunction (Count 5). As explained more fully in the memorandum accompanying this Motion, however, the Complaint is unintelligible, congested and too vague and ambiguous to require JFK to frame a responsive pleading.

Accordingly, this Motion seeks the Court to order plaintiffs to amend their Complaint: (1) to comply with the federal pleading requirements; (2) to clearly state which plaintiff is asserting allegations against defendant; and (3) to state in separate counts claims founded upon separate transactions.

By\_\_\_\_\_/S/_____
   Scott R. Lucas, Esq. (ct00517)
   Michel Bayonne (ct24628)
   *Attorneys for defendant*
   *John F. Kennedy*
   MARTIN, LUCAS & CHIOFFI, LLP
   177 Broad Street
   Stamford, CT 06901
   Phone: (203) 973-5200
   Fax: (203) 973-5250
   slucas@mlc-law.com
   mbayonne@mlc-law.com

## *CERTIFICATE OF SERVICE*

      This is to certify that on this 29th day March 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:


Richard E. Castiglioni, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901
Phone: (203) 358-0800
Fax: (203) 348-2321
rcastiglioni@dmoc.com

*Counsel for All Plaintiffs:*
*Qantum Communications Corporation*
*Qantum of Auburn, LLC*
*Qantum Acquisition, LLC*


                                                      ____/S/_____
                                                      Scott R. Lucas