UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QANTUM COMMUNICATIONS CORPORATION; QANTUM OF AUBURN, LLC, QANTUM ACQUISITION COMPANY, LLC,<br><br>    Plaintiffs,<br>v.<br><br>JOHN F. KENNEDY,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>3:04CV0315 (CFD)<br><br><br><br><br><br><br><br>APRIL 20, 2004 |

## NOTICE OF APPEARANCE

**TO CLERK:**

**PLEASE ENTER MY APPEARANCE** in the above-entitled action as counsel for the Plaintiffs, QUANTUM COMMUNICATIONS CORPORATION, QUANTUM OF AUBURN, LLC, and QUANTUM ACQUISITION COMPANY, LLC, in addition to the appearance of Richard E Castiglioni already on file.

Dated at Stamford, Connecticut, this 20th day of April, 2004.

        THE PLAINTIFFS,

BY: *[signature]*
Scott M. Harrington/ct02482
DISERIO MARTIN O'CONNOR &
    CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
(203)358-0800

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed, postage prepaid, to the following counsel and parties of record:

Scott R. Lucas, Esq.
Michael Bayonne
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901

Dated: April 20, 2004
       Stamford, CT

                              Scott M. Harrington/ct02482

H:\LIT\SMH\22241.ncu.doc