UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

QUANTUM COMMUNICATIONS CORPORATION,
QUANTUM OF AUBURN, LLC,
And QUANTUM ACQUISITION, LLC,

        Plaintiffs,

v.

JOHN F. KENNEDY,

        Defendant.

CIVIL ACTION NO.
3:04 CV 0315 (CFD)

MARCH 29, 2004

### DEFENDANT JOHN F. KENNEDY'S
### MOTION FOR MORE DEFINITE STATEMENT

Pursuant to Federal Rule of Civil Procedure 12(e), defendant John F. Kennedy ("JFK") respectfully moves this Court for an order requiring plaintiffs to provide a more definite statement of their Complaint filed January 28, 2004.

Plaintiffs commenced this action on January 28, 2004 by filing a five count complaint against JFK and returning it to the Superior Court of Stamford, Connecticut. Defendant removed the action to this Court on February 25, 2004. Plaintiffs' Complaint apparently seeks damages and other relief in connection with two agreements: (1) a January 2003 employment agreement between one or more plaintiffs and defendant (the "Employment Agreement"); and (2) a late 2003 settlement agreement between one or more plaintiffs and defendant ("Settlement Agreement"), as well as tort claims arising out of two agreements between one or more plaintiffs and other individuals not named as defendants. Plaintiffs assert the following claims: Intentional Interference with Business and Contractual Relations (Count 1), Fraud in the Inducement (Count 2), Breach of Contract-Settlement Agreement (Count Three), Breach of Contract- Employment

Denied. So ordered.
[signature] 8/5/04