# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **QUANTUM COMMUNICATIONS CORPORATION,** | : | |
| **QUANTUM OF AUBURN, LLC,** | : | **CIVIL ACTION NO.** |
| And **QUANTUM ACQUISITION, LLC,** | : | **3:04 CV 0315 (CFD)** |
| **Plaintiffs,** | : | |
| **V.** | : | |
| **JOHN F. KENNEDY,** | : | |
| | : | **AUGUST 19, 2004** |
| **Defendant.** | : | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Local Rule 9(b), defendant John F. Kennedy hereby requests a 15-day extension of time, from August 20, 2004 to September 4, 2004, in which to answer or otherwise respond to plaintiffs' Complaint.

The Court denied defendant's Motion for a More Definite Statement on August 10, 2004. Therefore, pursuant to Fed. R. Civ. P. 12 (a) (4) (A), defendant's response to the Complaint is due on August 20, 2004. Due to the vacation schedule of defendant's counsel, defendant requires additional time in which to respond to the Complaint.

The undersigned attempted to contact Richard Castiglioni, Esq., counsel for plaintiffs, to determine his position on the granting of this Motion, but was unsuccessful.

This is defendant's first request for an extension of time since the denial of its Motion for a More Definite Statement.

              By_____
              Michel Bayonne, Esq. (ct24628)
              Scott R. Lucas, Esq. (ct00517)
              *Attorneys for defendant*
              *John F. Kennedy*
              MARTIN, LUCAS & CHIOFFI, LLP
              177 Broad Street
              Stamford, CT 06901
              Phone: (203) 973-5200
              Fax: (203) 973-5250
              slucas@mlc-law.com
              mbayonne@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 19th day of August, 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

Richard E. Castiglioni, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901
Phone: (203) 358-0800
Fax: (203) 348-2321
rcastiglioni@dmoc.com

_____
Michel Bayonne