# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

QUANTUM COMMUNICATIONS CORPORATION,
et al.,

         Plaintiffs,

V.

JOHN F. KENNEDY,

         Defendant.

**APPEARANCE**

**CASE NUMBER:**    3:04 CV 0315 (CFD)

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:**    defendant John F. Kennedy.

September 7, 2004
_____
**Date**

ct22145
_____
**Connecticut Federal Bar Number**

(203) 973-5200
_____
**Telephone Number**

(203) 973-5250
_____
**Fax Number**

cryan@mlc-law.com
_____
**E-mail address**

_____
**Signature**
Claire E. Ryan
_____
**Print Clearly or Type Name**
Martin, Lucas & Chioffi, LLP
177 Broad Street
_____
**Address**

Stamford, CT 06901
_____

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

        Richard E. Castiglioni, Esq.
        Diserio Martin O'Connor & Castiglioni, LLP
        One Atlantic Street
        Stamford, CT 06901-2427

_____
**Signature**    Claire E. Ryan

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001