UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **QUANTUM COMMUNICATIONS CORPORATION, QUANTUM OF AUBURN, LLC, AND QUANTUM ACQUISITION, LLC,** | : : : : : | **CIVIL ACTION NO. 3:04 CV 0315 (CFD)** |
| Plaintiffs, | : : | |
| V. | : : | |
| JOHN F. KENNEDY, | : : : | **SEPTEMBER 7, 2004** |
| Defendant. | : | |

### DEFENDANT JOHN F. KENNEDY'S MOTION TO DISMISS

Defendant John F. Kennedy respectfully submits this Motion to Dismiss the Second Count of plaintiffs Quantum Communications Corporation, Quantum of Auburn, LLC and Quantum Acquisition, LLC's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of the United States District Court for the District of Connecticut.

As set forth more fully in the Memorandum of Law filed simultaneously herewith, plaintiffs have failed to plead their Second Count, fraud in the inducement, with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure. Accordingly, this Count should be dismissed.

WHEREFORE, for the foregoing reasons, defendant respectfully requests that the Court grant his Motion to Dismiss the Second Count of plaintiffs' Complaint.

By_____/S/_____
  Claire E. Ryan, Esq. (ct22145)
  Scott R. Lucas, Esq. (ct00517)
  *Attorneys for defendant John F. Kennedy*
  MARTIN, LUCAS & CHIOFFI, LLP
  177 Broad Street
  Stamford, CT 06901
  Phone: (203) 973-5200
  Fax: (203) 973-5250
  cryan@mlc-law.com
  slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 7th day of September 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

>Richard E. Castiglioni, Esq.
>Diserio Martin O'Connor & Castiglioni, LLP
>One Atlantic Street
>Stamford, CT 06901-2427

_____/S/_____
Claire E. Ryan