## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **QUANTUM COMMUNICATIONS CORPORATION,** | : | |
| **QUANTUM OF AUBURN, LLC,** | : | **CIVIL ACTION NO.** |
| **And QUANTUM ACQUISITION, LLC,** | : | **3:04 CV 0315 (CFD)** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **JOHN F. KENNEDY,** | : | |
| | : | **October 12, 2004** |
| **Defendant.** | : | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO
### DISMISS

Pursuant to Local Rule 9(b), defendant John F. Kennedy ("defendant") hereby requests a

7-day extension of time, from October 12, 2004 to October 19, 2004, in which to file a reply to

Plaintiffs' Opposition to Defendant's Motion to Dismiss.

Defendant's counsel requires this additional time due to her participation in an

arbitration.

The undersigned attempted to contact Richard Castiglioni, Esq., counsel for plaintiffs, to

determine his position on the granting of this Motion, but was unsuccessful.

This is defendant's first request for an extension of time to reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss.

By _Claire E. Ryan_

Claire E. Ryan, Esq. (ct 22145)
Scott R. Lucas, Esq. (ct00517)
*Attorneys for defendant*
*John F. Kennedy*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
cryan@mlc-law.com

### *CERTIFICATE OF SERVICE*

This is to certify that on this 12th day of October, 2004, a copy of the foregoing was sent

via facsimile and mailed, first class, postage prepaid, to:


Richard E. Castiglioni, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901


Claire E. Ryan