# **EXHIBIT A**

(Subject to production after Court considers Defendant's Motion to Seal of even date herewith)