UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QANTUM COMMUNICATIONS CORPORATION, QANTUM OF AUBURN, LLC, AND QANTUM ACQUISITION, LLC, | : : : : : | CIVIL ACTION NO. 3:04 CV 0315 (CFD) |
| Plaintiffs, | : : | |
| V. | : : | |
| JOHN F. KENNEDY, | : : | October 18, 2004 |
| Defendant. | : | |

**MOTION TO SEAL EXHIBIT A TO DEFENDANT JOHN F. KENNEDY'S
<u>REPLY IN SUPPORT OF HIS MOTION TO DISMISS</u>**

Pursuant to Rule 5 (d) of the Local Rules of the United States District Court District of Connecticut, Defendant John F. Kennedy ("Defendant"), hereby moves to seal Exhibit A to his Reply in Support of his Motion to Dismiss. In support of this Motion Defendant states as follows:

1. Defendant, John F. Kennedy, moved to dismiss Count Two of the Complaint, fraud in the inducement, on September 7, 2004.

2. In their opposition papers, Plaintiffs Qantum Communications Corporation, Qantum of Auburn, LLC and Qantum Acquisition, LLC ("Plaintiffs") state that they have sufficiently plead with specificity a fraudulent representation in that they have alleged that "Kennedy represented in the Settlement Agreement that the Non-Solicitation Covenant in the Employment Agreement would remain in force, while having a present intent to act contrary to that representation." (Pl's Mem. in

Opp. to Mot. to Dismiss at 7). Plaintiffs did not, however, append a copy of the Settlement Agreement to the Complaint.

3. The Settlement Agreement forms the basis of Plaintiffs' fraudulent inducement claim and as such may be considered in adjudicating Defendant's Motion to Dismiss. See <u>The Dweck Law Firm, LLP v. Mann</u>, 20004 WL 944542, at *1, n.3 (S.D.N.Y. May 3, 2004) (holding that a retainer agreement not attached to the complaint was incorporated by reference).

4. Pursuant to the confidentiality provisions contained in the Settlement Agreement, Defendant is prohibited from providing the Court with a copy of the Agreement unless it is under seal as the said provisions attempt to impose liquidated damages in the amount of $10,000. Defendant seeks to avoid any additional claims by Plaintiffs. As such, Defendant respectfully requests that the Court grant its request to seal this document for submission in connection with its reply.

For the foregoing reasons, Defendant respectfully requests that the Court grant its Motion to Seal Exhibit A to his reply.

By_____/S/_____
Claire E. Ryan, Esq. (ct22145)
Scott R. Lucas, Esq. (ct00517)
*Attorneys for defendant John F. Kennedy*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
cryan@mlc-law.com
slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 18th day of October 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

> Richard E. Castiglioni, Esq.
> Diserio Martin O'Connor & Castiglioni, LLP
> One Atlantic Street
> Stamford, CT 06901-2427

_____/S/_____
Claire E. Ryan