## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QUANTUM COMMUNICATIONS CORPORATION, QUANTUM OF AUBURN, LLC, QUANTUM ACQUISITION COMPANY, LLC | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 3:04 CV 315 (CFD) |
| JOHN F. KENNEDY, Defendant. | : : | |

### REFERRAL TO MAGISTRATE JUDGE

The above-captioned case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____ A ruling on the following motion which is currently pending: (orefm.)

_____ A settlement conference (orefmisc./cnf)

__X__ A conference to discuss the following: (orefmisc./cnf) _____SCHEDULING_____

_____ Other: (orefmisc./misc) _____

SO ORDERED this ___ day of November 2004, at Hartford, Connecticut.

**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**