UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QANTUM COMMUNICATIONS CORPORATION, QANTUM OF AUBURN, LLC, AND QANTUM ACQUISITION, LLC, | : : : : : | CIVIL ACTION NO. 3:04 CV 0315 (CFD) |
| Plaintiffs, | : : | |
| V. | : : : | |
| JOHN F. KENNEDY, | : : | October 18, 2004 |
| Defendant. | : : | |

### MOTION TO SEAL EXHIBIT A TO DEFENDANT JOHN F. KENNEDY'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS

Pursuant to Rule 5 (d) of the Local Rules of the United States District Court District of Connecticut, Defendant John F. Kennedy ("Defendant"), hereby moves to seal Exhibit A to his Reply in Support of his Motion to Dismiss. In support of this Motion Defendant states as follows:

1. Defendant, John F. Kennedy, moved to dismiss Count Two of the Complaint, fraud in the inducement, on September 7, 2004.

2. In their opposition papers, Plaintiffs Qantum Communications Corporation, Qantum of Auburn, LLC and Qantum Acquisition, LLC ("Plaintiffs") state that they have sufficiently plead with specificity a fraudulent representation in that they have alleged that "Kennedy represented in the Settlement Agreement that the Non-Solicitation Covenant in the Employment Agreement would remain in force, while having a present intent to act contrary to that representation." (Pl's Mem. in