FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 NOV 17 A 10: 39

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| QANTUM COMMUNICATIONS CORPORATION, QANTUM OF AUBURN, LLC, AND QANTUM ACQUISITION, LLC, | : : : : : | CIVIL ACTION NO. 3:04 CV 0315 (CFD) |
| Plaintiffs, | : : | |
| V. | : : | |
| JOHN F. KENNEDY, | : : | November 16, 2004 |
| Defendant. | : | |

## NOTICE OF FILING DOCUMENTS UNDER SEAL

Pursuant to Rule 5 (d)(2) of the Local Rules of Civil Procedure for the United States

District Court District of Connecticut, Defendant, John F. Kennedy, hereby gives notice that

subject to an Order of this Court dated November 9, 2004 (attached hereto as Exhibit 1) he has

filed herewith, under seal, Exhibit A to his Reply in support of his Motion to Dismiss dated

October 18, 2004.

By _____
Claire E. Ryan, Esq. (ct22145)
Scott R. Lucas, Esq. (ct00517)
*Attorneys for defendant John F. Kennedy*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
cryan@mlc-law.com
slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 16th day of November 2004, a copy of the foregoing was

mailed, first class, postage prepaid, to:


Richard E. Castiglioni, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901-2427


Claire E. Ryan