UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QANTUM COMMUNICATIONS CORPORATION, QANTUM OF AUBURN, LLC, AND QANTUM ACQUISITION, LLC, | : : : : : | CIVIL ACTION NO. 3:04 CV 0315 (CFD) |
| Plaintiffs, | : : | |
| V. | : : | |
| JOHN F. KENNEDY, | : : | APRIL 11, 2005 |
| Defendant. | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 7(e), the undersigned moves for leave of Court to withdraw his appearance as counsel for defendant in this matter. Defendant will continue to be represented by Scott R. Lucas and Claire E. Ryan of this firm.

By /s/ Michel Bayonne
Michel Bayonne (ct24628)
*Attorney for Defendant*
Martin Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
mbayonne@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 11th day of April 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

>Richard E. Castiglioni, Esq.
>Diserio Martin O'Connor & Castiglioni, LLP
>One Atlantic Street
>Stamford, CT 06901-2427

_____
Michel Bayonne

Case 3:04-cv-30023-MHCFDRB Document 8434 Filed 04/02/12/2005 Page 2 2 of 2