UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QUANTUM COMMUNICATIONS CORPORATION, | : |
| QUANTUM OF AUBURN, LLC, | :    CIVIL ACTION NO. |
| And QUANTUM ACQUISITION, LLC, | :    3:04 CV 0315 (CFD) |
|                Plaintiffs, | : |
| V. | : |
| JOHN F. KENNEDY, | :    June 29, 2005 |
|                Defendant. | : |

## MOTION FOR EXTENSION OF TIME

Pursuant Rule 7(b)(1)(b) of the Local Rules of Civil Procedure for the United States District Court District of Connecticut, defendant John F. Kennedy ("defendant") hereby requests an extension of time of thirty (30) days in which to respond and/or object to plaintiffs' First Request for the Production of Documents dated May 31, 2005 up to and including August 1, 2005. In support of this Motion, the undersigned represents that while defendant is working on gathering the information responsive to plaintiffs' discovery requests, additional time is required in order to formulate sufficient responses and/or objections to same.

The undersigned has contacted plaintiffs' counsel who does not object to this request.

This is defendant's first request for an extension of time with respect to these discovery requests.

By /s/ Claire E. Ryan
Claire E. Ryan, Esq. (ct 22145)
Scott R. Lucas, Esq. (ct00517)
*Attorneys for defendant*
*John F. Kennedy*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
cryan@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of June a copy of the foregoing was sent via facsimile and mailed, first class, postage prepaid, to:

Richard E. Castiglioni, Esq.
Scott M. Harrington, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901


*Claire E. Ryan*
Claire E. Ryan