# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QANTUM COMMUNICATIONS CORPORATION, QANTUM OF AUBURN, LLC, AND QANTUM ACQUISITION, LLC, | : : : : : | CIVIL ACTION NO. 3:04 CV 0315 (CFD) |
| Plaintiffs, | : : | |
| V. | : : | |
| JOHN F. KENNEDY, | : : : | JULY 20, 2005 |
| Defendant. | : | |

### DEFENDANT JOHN F. KENNEDY'S MOTION TO TRANSFER

Pursuant to 28 U.S.C. §1404(a), Defendant John F. Kennedy ("Kennedy") hereby moves that this action be transferred to the District Court for the Middle District of Alabama Eastern Division. Filed herewith is Kennedy's Memorandum of Law in Support of his Motion to Transfer.

WHEREFORE, for the foregoing reasons, Kennedy respectfully requests that the Court grant his Motion to Transfer.

By _____
Scott R. Lucas, Esq. (ct00517)
Claire E. Ryan, Esq. (ct22145)
*Attorneys for defendant John F. Kennedy*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
cryan@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of July 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

Richard E. Castiglioni, Esq.
Scott M. Harrington, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901-2427

Scott R. Lucas