UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QANTUM COMMUNICATIONS CORPORATION; QANTUM OF AUBURN, LLC, QANTUM ACQUISITION COMPANY, LLC, | CIVIL ACTION NO. 3:04CV0315 (CFD) |
| Plaintiffs, | |
| v. | |
| JOHN F. KENNEDY, | |
| Defendant. | AUGUST 1, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER

The Plaintiffs in the above matter, QANTUM COMMUNICATIONS CORPORATION, QANTUM OF AUBURN, LLC, and QANTUM ACQUISITION, LLC, pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, respectfully moves to the Court to for an extension of time of ten (10) days, from August 10, 2005 to August 20, 2005, within which to file a memorandum of law in opposition to the Defendant's Motion to Transfer dated July 20, 2005. In support of this motion, the Plaintiffs represent as follows:

1. Defendant, John F. Kennedy, file a Motion to Transfer dated July 20, 2005 and a Memorandum in Support of Motion to Transfer. Said motion seeks to transfer this case to the Middle District of Alabama, Eastern Division.

2. Pursuant to Rule 7(a)(1) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, an opposing memorandum would be due 21 days after filing, or by August 10, 2005.

3. Plaintiffs' undersigned counsel, who is preparing the opposing memorandum, will be on a family vacation from August 2 to August 9, 2005, and needs additional time after his return from vacation to complete the memorandum, review same with representatives of the Plaintiffs and Plaintiffs' Alabama counsel, and file same with the Court.

4. Pursuant to Local Rule 7(b)(2), Plaintiffs' undersigned counsel communicated with Attorney Claire Ryan, counsel for the Defendant, on August 1, 2005, to inquire about the Defendant's position on this motion. Attorney Ryan indicated she had no objection to this Motion.

5. Plaintiffs respectfully submit that good cause exists to extend the time to file a memorandum of law in opposition to the Defendant's Motion to Transfer for ten (10) days to August 20, 2005.

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS,

BY: _____
Scott M. Harrington ct02482
DISERIO MARTIN O'CONNOR &
    CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
(203)358-0800

3

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed, postage prepaid, to the following counsel and parties of record:

Claire E. Ryan, Esq.
Scott R. Lucas, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901

Dated: August 2, 2005
       Stamford, CT

_____
Scott M. Harrington/ct02482

H:\LIT\SMH\22241.Motion for Extension of Time.doc