UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QUANTUM COMMUNICATIONS CORPORATION, | : | |
| QUANTUM OF AUBURN, LLC, | : | CIVIL ACTION NO. |
| And QUANTUM ACQUISITION, LLC, | : | 3:04 CV 0315 (CFD) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| JOHN F. KENNEDY, | : | |
| | : | August 1, 2005 |
| Defendant. | : | |

## MOTION FOR EXTENSION OF TIME

Pursuant Rule 7(b)(1)(b) of the Local Rules of Civil Procedure for the United States District Court District of Connecticut, defendant John F. Kennedy ("defendant") hereby requests until twenty (20) days after the Court rules on his Motion to Transfer filed on July 21, 2005 in which to respond and/or object to Plaintiff's First Request for the Production of Documents dated May 31, 2005. In support of this Motion, defendant states that one of the bases upon which he has moved to transfer this action to the United States District Court Middle District of Alabama Eastern Division is to avoid duplicative discovery with regard to the related case currently pending there entitled <u>Qantum Communications Corp. et al. v. Tiger Communications, Inc.</u>, 3:04 CV 190 (CSC). Requiring defendant to respond to discovery in the District of Connecticut while his Motion to Transfer is pending would undermine one of the benefits of transfer. As such, defendant respectfully requests that he not be required to answer Plaintiffs' discovery requests until the Motion to Transfer has been decided by this Court.

This is defendant's second request for an extension of time with respect to these discovery requests.

By /s/ Claire E Ry
Claire E. Ryan, Esq. (ct 22145)
Scott R. Lucas, Esq. (ct00517)
*Attorneys for defendant*
*John F. Kennedy*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
cryan@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of August a copy of the foregoing was sent via facsimile and mailed, first class, postage prepaid, to:

Richard E. Castiglioni, Esq.
Scott M. Harrington, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901

Claire E. Ryan