UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QANTUM COMMUNICATIONS CORPORATION, QANTUM OF AUBURN, LLC, AND QANTUM ACQUISITION, LLC, | CIVIL ACTION NO. 3:04 CV 0315 (CFD) |
| Plaintiffs, | |
| V. | |
| JOHN F. KENNEDY, | SEPTEMBER 30, 2005 |
| Defendant. | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Local Rule 9(b)(1)(a), defendant hereby requests an extension of time, from September 29, 2005 to and including October 20, 2005, in which to answer or otherwise respond to plaintiff's Complaint in this action.

1. Defendant filed a Motion to Dismiss Count Two on September 7, 2004, which, after being fully briefed, was denied by this Court on September 15, 2005

2. Defendant filed a Motion to Transfer on July 20, 2005, which motion is fully briefed and awaiting a decision by the Court.

3. As described in more detail in defendant's memorandum in support of his Motion to Transfer, plaintiffs in this action commenced four actions in the Middle District of Alabama Eastern Division which are directly related to this action.[1]

4. A settlement conference in the Alabama actions is being scheduled, which, if successful, would potentially include the settlement of this matter.

Counsel for plaintiff objects to this requested extension.

This is defendant's third motion for extension of time in which respond to the Complaint.

By /s/ Claire E. Ryan

Claire E. Ryan (ct22145)
Scott R. Lucas (ct00517)
*Attorneys for defendant*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

---

[1] The cases are Qantum Communications Corp. v. Chenoweth, 3:04 CV 119 (CSC); Qantum Communications Corp. v. Linn, 3:04 CV 118 (CSC); Qantum Communications Corp. et al. v. Amelia Tuck Turner, 3:04 CV 191 (CSC); and Qantum Communications Corp. et al. v. Tiger Communications, Inc., 3:04 CV 190 (CSC).

## CERTIFICATE OF SERVICE

This is to certify that on this ~~29~~ 30th day of September 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

Scott M. Harrington, Esq.
Richard E. Castiglioni, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901-2427

*Claire E. Ryan*
Claire E. Ryan