UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QANTUM COMMUNICATIONS CORPORATION; QANTUM OF AUBURN, LLC, QANTUM ACQUISITION COMPANY, LLC, | ) ) ) ) ) | CIVIL ACTION NO.<br><br>3:04CV0315 (CFD) |
| Plaintiffs,<br>v.<br>JOHN F. KENNEDY,<br>Defendant. | ) ) ) ) ) ) ) | OCTOBER 4, 2005 |

**PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiffs in the above referenced matter, Qantum Communications Corporation ("QCC"), Qantum of Auburn, LLC ("Qantum Auburn"), and Qantum Acquisition Company, LLC ("QAC"), respectfully object to the Motion for Extension of Time TO Answer or Otherwise Respond to Complaint dated September 30, 2005 filed by the Defendant, John F. Kennedy ("Kennedy"), as follows:

1. Plaintiffs originally commenced this action against Kennedy by summons and complaint dated January 21, 2004 and returnable to the Connecticut Superior Court for the Judicial District of Stamford/Norwalk at Stamford on February 17, 2004.

2. Defendant Kennedy removed this action to this Court by Notice of Removal dated February 24, 2004.

3. On February 27, 2004, Defendant filed a motion seeking a thirty-day extension of time from March 2 to April 1, 2004, to Answer or Otherwise Respond to the Complaint.

4. On March 29, 2004, Defendant then filed a Motion for More Definite Statement which the Court denied on August 6, 2004.

5. On August 20, 2004, the Defendant once again moved for an extension of time to September 4, 2004 to respond to the complaint.

6. On September 7, 2004, Defendant filed a Motion to Dismiss Count Two of the Complaint, which motion was denied on September 15, 2005.

7. Although this case has been pending for more than 18 months, more than sufficient time for the Defendant to formulate a responsive pleading, the Defendant has, once again, sought an extension of time to answer or otherwise respond to the Complaint to October 20, 2005.

8. Plaintiffs object to any additional extension of time for the Defendant to answer the Complaint as nothing more than an effort to unnecessarily delay the prosecution of this action.

9. The scheduling of mediation in four other cases in Alabama is irrelevant to the progress of the pleadings in this case. Certainly, this case has not been scheduled for mediation in conjunction with those cases.

For the foregoing reasons, the Plaintiffs respectfully object to any further extension of time on the part of the Defendant to answer the Complaint.

PLAINTIFFS,

BY: /s/
Scott M. Harrington/ct02482
DISERIO MARTIN O'CONNOR &
CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
(203)358-0800

**CERTIFICATION**

This is to certify that a true copy of the foregoing was mailed, postage prepaid, to the following counsel and parties of record:

Claire E. Ryan, Esq.
Scott R. Lucas, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901

Dated: October 4, 2005
       Stamford, CT

/s/ _____
Scott M. Harrington/ct02482

4