# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## ELECTRONIC FILING ORDER IN CIVIL CASES

The parties shall file all documents in this case electronically. Counsel must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide chambers with one paper copy of the following e-filed documents:

All documents (including briefs and exhibits) relating to the following:

a. Applications for temporary restraining orders, preliminary injunctions, or prejudgment remedies;

b. Dispositive motions (motions to dismiss, for judgment on the pleadings, or for summary judgment);

c. Requested jury instructions;

d. Joint Trial Memorandum;

e. Trial briefs, including proposed findings of fact and conclusions of law; and

f. Any other motion, request or application which, taken together with all related filings (e.g., memorandum in support and affidavits), is in excess of 10 pages.

**IT IS SO ORDERED.**

                                                                /s/ Christopher F. Droney
                                                                CHRISTOPHER F. DRONEY
                                                                UNITED STATES DISTRICT JUDGE