## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| Qantum Communications Corporation, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. **3:06-cv-00362-DRB** |
| ) | |
| John F. Kennedy, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel of record for Defendant John F. Kennedy in the above-captioned matter.

Dated: April 25, 2006                                                                 Respectfully submitted,


      /s/ Russell C. Balch
Russell C. Balch (BAL025)
AKRIDGE & BALCH, P.C.
Attorneys for Defendant
730 N. Dean Road, Suite 300
P.O. Drawer 3738
Auburn, AL 36831-3738
(334) 887-0884
rbalch@akridgebalch.com

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of the foregoing were served on the following on by the methods indicated on the date shown below:

__X__ Deposit of same in the U.S. Mail in envelopes, with prepaid first class postage affixed thereto, directed to their addresses as set forth below.

_____ Deposit of same in the mailbox(es) reserved for them in the office of the Circuit Clerk for Lee County, Alabama.

_____ Fax of same to the fax number indicated below, being the fax number furnished by said person(s) or firm(s), or listed in the current issue of the Alabama State Bar Member Directory.

_____ Electronic mail of same to the email address indicated below, being the email address furnished by said person(s) or firm(s), or listed in the current issue of the Alabama State Bar Member Directory.

Date of Service: April 25, 2006

_____

Richard E. Castiglioni
Diserio Martin O'Connor & Castiglioni
One Atlantic Street, Suite 500
Stamford, CA 06901

Scott R. Lucas
Martin Lucas & Chioffi
177 Broad Street
Stamford, CT 06901

                                             AKRIDGE & BALCH, P.C.

                                             ____/s/ Russell C. Balch_____
                                             Russell C. Balch
                                             Attorney at Law