IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| QANTUM COMMUNICATIONS CORPORATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 3:06-CV-00362-DRB |
| JOHN F. KENNEDY, | ) ) | |
| Defendant. | ) | |

## ORDER

Pursuant to notice of the parties' representations to Chief Magistrate Judge Charles Coody on April 24, 2006, in Case No. 3:04cv190-CSC, *Quantum Communications Corporation et al. v. Tiger Communications, Inc.*, it is

**ORDERED** that the parties file by May 17, 2006, either their joint stipulation for dismissal of this action or a status report on their projected timetable for the culmination of negotiations for dismissal.

Done this 26th day of April, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE