IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Qantum Communications Corporation, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-cv-00362-DRB |
| ) | |
| John F. Kennedy, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

COMES NOW Bryan O. Balogh and files this Notice of Appearance as counsel on behalf of the Plaintiffs, Qantum Communications Corporation, et al.

s/ Bryan O. Balogh
Bryan O. Balogh
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000
(205) 868-6099
BBalogh@starneslaw.com

{B0600302}                                    1

## CERTIFICATE OF SERVICE

I do hereby certify that on May 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Russell C. Balch, Esquire AKRIDGE & BALCH, P.C., 730 North Dean Road, Suite 300, Post Office Drawer 3738, Auburn, Alabama 36831-3738.

                          s/ Bryan O. Balogh
                          Bryan O. Balogh
                          STARNES & ATCHISON LLP
                          Seventh Floor, 100 Brookwood Place
                          Post Office Box 598512
                          Birmingham, Alabama, 35259-8512
                          (205) 868-6000
                          (205) 868-6099
                          BBalogh@starneslaw.com