IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Qantum Communications Corporation, *et al.* ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) ) | Case No. **3:06-cv-00362-DRB** |
| John F. Kennedy, ) ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL**

NOW COME all of the parties to the above-captioned action, by and through their respective counsel of record, and hereby enter their Joint Stipulation of Dismissal. In support whereof, it is shown as follows:

1. The parties have resolved their disputes by a confidential Mutual Release and Settlement Agreement, which provides for the filing of this Joint Stipulation of Dismissal.

2. The parties hereby stipulate that all claims (and all counterclaims, cross-claims and third-party claims, if any) shall be dismissed with prejudice.

WHEREFORE, the parties respectfully request this Honorable Court to enter an Order in accordance with the terms of this stipulation.

Dated: 5/24/06

      /s/ Bryan O. Balogh
Bryan O. Balogh (BAL026)
**ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL:**

**STARNES & ATCHISON, LLP**
P.O. Box 598512
Birmingham, AL 35259-8512
Telephone: (205) 868-6000
Email: bob@starneslaw.com

      /s/ Russell C. Balch
Russell C. Balch (BAL025)
**ATTORNEY FOR DEFENDANT**

**OF COUNSEL:**

**AKRIDGE & BALCH, P.C.**
730 N. Dean Road, Suite 300
P.O. Drawer 3738
Auburn, AL 36830
Telephone: (334) 887-0884
Email: rbalch@akridgebalch.com