IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
QANTUM COMMUNICATIONS       )
CORPORATION, a corporation, )
QANTUM OF AUBURN, LLC, a    )
Limited Liability Company,  )
and QANTUM ACQUISITION,     )
LLC, a Limited Liability    )
Company,                    )
                            )
    Plaintiffs,             )
                            )   CIVIL ACTION NO.
    v.                      )   3:06cv362-MHT
                            )        (WO)
ROBERT F. KENNEDY,          )
                            )
    Defendant.              )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 63), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety (all claims, counterclaims, cross-claims, and third-party claims) with prejudice, with each party to bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of May, 2006.


                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE